IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERAE STEFUN FREEMAN, ) | |
| # 290080, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:15-CV-226-WKW |
| ) | |
| CARTER F. DAVENPORT, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

This case is before the court on a petition for writ of habeas corpus under 28 U.S.C. § 2254 filed by state inmate Terae Stefun Freeman on April 8, 2015. (Doc. # 1.) On June 12, 2015, the Magistrate Judge filed a Recommendation (Doc. # 10) to which Mr. Freeman has not objected. *See* 28 U.S.C. § 636(b). The Report, which contains proposed findings of fact and conclusions of law, recommends that this court dismiss this action without prejudice to allow Mr. Freeman to exhaust his state-court remedies regarding claims that he is currently pursuing in state Rule 32 proceedings and that he intends to add to his § 2254 petition if he does not prevail in the state courts.

Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED WITHOUT

PREJUDICE to allow Mr. Freeman to exhaust his state-court remedies regarding the claims he has raised in the state courts.

A final judgment will be entered separately.

DONE this 13th day of July, 2015.

                                                 /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE